Case 6:24-cv-00010  Document 15  Filed on 05/01/25 in TXSD  Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| NATASHA THOMPSON, § | |
| § | |
| Plaintiff, § | |
| V. § | CIVIL ACTION NO. 6:24-CV-00010 |
| § | |
| MARTIN O'MALLEY, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Jason B. Libby's Memorandum and Recommendation ("M&R"). (D.E. 14). The M&R recommends that the Court find that the administrative law judge's decision was supported by substantial evidence, deny Plaintiff's construed motion for summary judgment, (D.E. 7), grant Defendant's construed motion for summary judgment, (D.E. 12), affirm the Commissioner's determination, and dismiss this case with prejudice. *Id.* at 1, 17.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam). Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 14). Accordingly, the Court

- **DENIES** Plaintiff's motion for summary judgment, (D.E. 7);
- **GRANTS** Defendant's motion for summary judgment, (D.E. 12); and

- **DISMISSES** this case **with prejudice**, (D.E. 1).

The Court will enter a final judgment separately.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
       May 1st, 2025